IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10629
Summary Calendar
_____

MAURICE MITCHELL,

Petitioner-Appellant,

versus

GARY L. JOHNSON, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
INSTITUTIONAL DIVISION,

Respondent-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:96-CV-800-P
- - - - - - - - - -
November 14, 1997
Before DUHE', DeMOSS and DENNIS, Circuit Judges.

PER CURIAM:[*]

Maurice Mitchell, Texas state prisoner # 648121, has appealed the denial of habeas corpus relief relative to two of his convictions for prison disciplinary violations. The court affirms these rulings on grounds that Mitchell bypassed his administrative remedies. See Baxter v. Estelle, 614 F.2d 1030, 1031-32 (5th Cir. 1980); Deters v. Collins, 985 F.2d 789, 795 (5th Cir. 1993).

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Mitchell has waived his claim that the Texas prison system's policy prohibiting the restoration of lost or forfeited good-conduct-time credits is unconstitutional.  See Hallmark v. Johnson, 118 F.3d 1073, 1078-79 (5th Cir. 1997) (the claim has no merit).

IT IS ORDERED that Mitchell's motions for leave to file a supplemental brief and to supplement the record are GRANTED.

MOTIONS GRANTED; JUDGMENT AFFIRMED.